UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SIMONS, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>-against-<br><br>AMC ENTERTAINMENT HOLDINGS, INC.,<br><br>       Defendant. | Case No. 1:25-cv-09042 (JLR)<br><br>**ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS** |

JENNIFER L. ROCHON, United States District Judge:

  On October 31, 2025, Plaintiff filed a putative class action on behalf of persons or entities who purchased or otherwise acquired AMC Preferred Equity Units between August 18, 2022 and August 25, inclusive (the "Class Period"). Dkt. 6 ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

  Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

  IT IS HEREBY ORDERED that **no later than November 20**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

Dated: November 4, 2025
    New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge