UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Robert Simons, individually and on behalf of all others similarly situated,

   Plaintiff,

          v.

AMC Entertainment Holdings, Inc.,

   Defendant.

Civil Action No. 1:25-cv-9042

**PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO THE APPOINTMENT OF ROBERT SIMONS AS LEAD PLAINTIFF AND IACONO LAW LLC AS LEAD COUNSEL**

Plaintiff Robert Simons respectfully submits this Response to Defendant's Motion Opposing the Appointment of Robert Simons as Lead Plaintiff and Iacono Law LLC as Lead Counsel.

Upon further consideration, Plaintiff has elected not to pursue this action on a class basis. Accordingly, Plaintiff withdraws his request for appointment as lead plaintiff, withdraws his request that Iacono Law LLC be appointed lead counsel, and withdraws any request for class treatment.

Defendant argues that the action should proceed, if at all, on an individual basis. Plaintiff agrees that the most efficient course is for this matter to proceed solely as an individual action. Accordingly, the issues raised in Defendant's motion concerning appointment of a lead plaintiff and lead counsel are moot. See Defendant's Memorandum of Law at 9 ("Given that no other putative class members have moved for appointment as lead plaintiff, the Action should only proceed, if at all, on an individual basis.").

Plaintiff respectfully moves for leave to amend the Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure in order to assert only Plaintiff's individual claims and to conform the allegations and requested relief to an individual action. Plaintiff respectfully requests sixty (60) days within which to file an amended complaint.

Plaintiff therefore respectfully requests that the Court (i) deem Defendant's motion moot in light of Plaintiff's withdrawal of all requests relating to class treatment, and (ii) grant Plaintiff leave to file an amended complaint within sixty (60) days.

Dated: Suffolk County, New York
       June 8, 2026

Respectfully submitted,

Frank Iacono
Iacono Law LLC
Attorney for Plaintiff
6 Donald Court West
Blue Point, NY 11715
917 685 0537
fiacono@iacono-law.com